■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCHE JOHNSON, Appellant. [817 NYS2d 573]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered November 10, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE McMILLON, Appellant. [817 NYS2d 566]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered December 8, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.